UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KRISTOPHER ORION PARKS                                                                  PLAINTIFF

v.                                          No. 2:24-cv-2046

OFFICER SHAWN TAYLOR;
JUDGE MIKE MEDLOCK;
JEREMIAH CORBETT;
LEVI TOWNSEND;
SAVANNAH SCARBERRY;
WESLEY BECKHAM; and
JOHNNY DANIEL HUMPHREY, JR.                                                          DEFENDANTS

## OPINION AND ORDER

The Court has received a report and recommendation ("R&R") (Doc. 5) from Chief United States Magistrate Judge Mark E. Ford.  The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915(e)(2) that Plaintiff's complaint be dismissed for having been brought outside the statute of limitations, or alternatively for being barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).  Plaintiff subsequently filed an amended complaint (Doc. 6) and objections (Doc. 7) to the R&R.  The Court has conducted a *de novo* review of the R&R, *see* 28 U.S.C. § 636(b)(1)(C), and finds that it contains no clear error, and that Plaintiff's amended complaint does not cure the deficiencies that the R&R identified in his original complaint.  The R&R is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this 15th day of May, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE